**Order filed September 20, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-16-00587-CV
_____

### IN THE ESTATE OF MARY E. LARSON, DECEASED

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0075669**

## ORDER

The clerk's record was filed September 12, 2016. Our review has determined that a relevant item has been omitted from the clerk's record.  *See* Tex. R. App. P. 34.5(c).  The record does not contain the notice of appeal.

The Galveston County Clerk is directed to file a supplemental clerk's record on or before **September 30, 2016**, containing the **notice of appeal**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file

PER CURIAM